UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BONNY MA,                                                     :
                                            Plaintiff,        :
                                                              :       20 Civ. 7956 (LGS)
            -against-                                         :
                                                              :       ORDER
EXPEDIA, INC., et al.,                                        :
                                            Defendants.       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for December 3, 2020, at 10:40 A.M.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the initial pre-trial conference is waived. The case management plan and scheduling order will issue in a separate order. If the parties believe that a conference would nevertheless be useful they should inform the court immediately so the conference can be reinstated.

Dated: November 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**